UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-00795-SVW-SK | Date | October 25, 2023 |
|---|---|---|---|
| Title | Andre Garcia v. Ally Bank | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on March 16, 2023, issued an order granting defendants' motion to dismiss.

A resonable time has passed, and there being no additional filings, the Court orders the case dismissed.

| | : |
|---|---|
| Initials of Preparer | PMC |